IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN BERNARD DURHAM,

    Plaintiff,

v.

LINDUS CONSTRUCTION/MIDWEST
LEAFGUARD, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-004-vis

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant on plaintiff's claim that defendant terminated plaintiff in violation of Title VII of the Civil Rights Act of 1964. Plaintiff's additional discrimination claims for disparity in promotional opportunities and denial of denied access to opportunities for extra income are dismissed without prejudice .

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

12/21/09
Date